IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JACQUES TRENT HAMILTON, #1713684 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv51 |
| SALLY'S BEAUTY SUPPLIES, ET AL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim upon which relief may be granted and for seeking monetary relief from Defendants who are immune from such relief. 28 U.S.C. § 1915A(b)(1) & (2). All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 4th day of March, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**